## Granger *v.* Kerek, Appellant.

Argued November 20, 1972. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Soren P. West,* with him *Frank E. Roda,* and *Roda, Morgan, Hallgren & Heinly,* for appellant.

*Ralph M. Barley,* with him *John O. Shirk,* and *Barley, Snyder, Cooper & Mueller,* for appellee.

OPINION PER CURIAM, March 25, 1974:
Decree affirmed. Each party to pay own costs.
Mr. Chief Justice JONES took no part in the consideration or decision of this case.